UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

20-cv-0080



RECEIVED
JAN 16 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES Represented By  = Plaintiff =
Illegally Compelled Public office
CLAY LANDIS RIGGS SSN 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

CASE # _____
VERSUS
DATE: _____

STATE OF LOUISIANA Represented By = Defendent =
Elected Public Official NORTH HODGE
POLICE DEPT BOBBY DILLION ET. AL.

Now before this honorable Common Law united States District Court, Comes, Clay L. Riggs, who is a Sovereign free man of flesh and blood, The Secured Party to the Illegally Compelled "Debtor" who hereby Institutes the below Stated Claims as defined in 42 USC § 1983 Relative to Various Constitutional Violations, That Are willfully Instituted Against The Secured Party under The Color of Law where All Corporate government Elected And employeed Are not immune from 42 USC § 1983 for The following Reason's to wit:

Plaintiff Provides for the record that he provides with this Complaint his warning of Color of Law is hereby filed herewith to Prevent any further Constitutional Violations By government Employee's under The Color of Law

-1-

Also to insure a fair Admission of his inalienable Rights that are enumerated and reserved, whereas Plaintiff hereby Asserts those Rights Pursuant to the Supreme Law of the Land [SEE Attached Color of Law Warning]

The Attached Color of Law Warning has also been filed with the Clerk of Court, Parish of Jackson Relative to Docket # 50,843 in RE: STATE OF LOUISIANA VERSUS United States Represented by Illegally Compelled public office CLAY LANDIS RIGGS that is Associated with the government Issued Social Security Card Number 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.

- Claim -

On or About the 9th day of August 2019, Plaintiff who is A Sovereign free man, the Secured Party to the United States Constitution 1789 And the Bill of Right 1791 who provides admissible proof that he was detained by the North Hodge Police Department by force under a Presumption of Alleged Contract that was Created under fraud DECEMBER 19, 1970 in Colorado Springs Colorado.

Relative to elected official BOBBY DILLON the Chief of North Hodge POLICE Department has willfully and Knowingly deprived Plaintiff of his Constitutional Right to travil, By Presuming that Plaintiff has Privatily Contracted with the Corporate STATE OF LOUISIANA through the Department of motor vehichle vehicles whereas Plaintiff Provides Admissible Proof that the Alleged Contract is void, when it was Created under fraud, [SEE Affidavit for Rights to travil]

-2-

Plaintiff Asserts that Prior to the illegal detainment Plaintiff informs mr Dillon And officer Jimmy Dickson that he was A Sovereign free man of flesh And blood And no Contract exists Providing the Said Corporate police officers Jurisdiction in the Preformance of thier Actions under the Surpreme Law of the Land [ SEE TRIAL TRANS- Cripts Page 16 Lines 13 through 22 ]

Plaintiff Informed officer Dickson that he was A Sovereign man, officer Dickson made the Statement that he Knew About Sovereign Citizens, Plaintiff Asserts that the man of flesh and blood Is Sovereign and the rule in America is the American People Are the Sovereign's And Citizens Are the legal fiction A Straw man As defined in the Black Law Dictionary 6th edition, Also Known As A Illegally Compelled Public office Associated with the government Issued "Public office", Social Security Card Number or Tax Identification Number. [ SEE Attached IRS FoRM 56 And Power of Attorney ]

officer Dillon And officer Dickson Continues to infringe upon Plaintiff's Constitutionally Protected Rights By restraing him by force And Intimidation with the the threat of Bodily harm with the use of A tazer And After Placing Plaintiff in Actual Restraints by placing hand Cuffs on plaintiffs Wrist behind his Back And then forced in the rear of a North Hodge POLICE unit in violation of Plaintiffs Constitutional Right to remain free in Pursuit of happiness.

Relative to the Illegal detainment of Plaintiff two JACKSON PARISH Sheriff's Deputy's Assisted North Hodge Police Department.

STACY TREADWAY Illegally had Plaintiff's yamah four wheeler towed By Smiths towing where it remains today without the Consent of Plaintiff. The said yamaha 4 wheeler is the Private Property of the Plaintiff

Plaintiff further Asserts that officer Dickson Illegally transported his natural Body from where he ~~Comitted~~ Committed No Crime under the Surpreme Law of the Land, to the JACKSON PARISH Correctional Center At 327 Industrial Drive Jonesboro LA 71251 where he remains to date.

Relative to Statutory Violations Instituted Against the United States illegally Compelled public office under fraud And Slander plaintiff Remains in the Jackson Parish Correctional Center Relative to the Louisiana Code of Criminal Procedure R.S. 14:108, R.S. 14:108.1 And R.S. 32:53.

Statutes And Codes only Apply to government Corporate members And not the Sovereign People And is A willful Act under the Color of Law to turn A Constitutional Right Into A Crime. [SEE Attached Bill of Information]

Plaintiff Asserts that he has A unregulated Right to travil, At no time does Plaintiff donate his Private Property for public use [SEE Attached IRS Form 56]

-4-

Plaintiff asserts that any use of Information Records, documents etc..., Is a direct violation of Plaintiff's 4th Amendment. And Slander Any records maintained Relative to the private property of Plaintiff is a willful Act under the Color of Law.

The Jackson Parish Sheriff's department has illegally used Plaintiffs Private Property under the Color of Law that is Illegally used without the written Consent of the Secured party Any use is Also theft by fraud in a Case where a debt is demanded.

Plaintiff Asserts that he filed his Affidavit of denial of Corporate existence with the Clerk of Court Parish of Jackson in RE: STATE OF LOUISIANA -VERSUS- United States Represented by Illegally Compelled Public office CLAY LANDIS RIGGS SSN 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 Prior to trial As Admissible proof that A Contract doesn't exist. [SEE Attached Affidavit of denial of Corporate Existence]

Plaintiff further Asserts that he has Also filed his objection of Jurisdiction with the Clerk of Court Parish of Jackson [SEE Attached motion Challenging Jurisdiction]

When a Affidavit of denial of Corporate existence has been filed the existence of a valid Contract must be Provided in the Same manor of Affidavit with Admissible Proof using thier Christian of family name for Signature that to date has not been filed with the Clerk of Court within the 5 day time limitation.

-5-

A Evidentry hearing Should have been ordered By The District Judge Jimmy C. TEAT for the Second Judicial District Court, Parish of Jackson, were the facts could be established on the face of the record to prevent further Presumptions that infringe upon Plaintiff's Constitutional Rights under the Color of Law.

Judge teat denied the Said Affidavit in open Court on or About the 16th day of October 2019, willfully and malice under the Color of Law whereas he has no Jurisdiction to disregaurd deniy or do away with a Sworn Affidavit of one of the People that is rebuttable by Affidavit to establish the missing facts that Are Presumed to exist to provid the Corporate Court the Jurisdiction in the Above mentioned Cause. [ SEE Attached 1st And Second Affidavit of denial of Corporate existence ]

Plaintiff further asserts that Judge Jimmy C. TEAT further Acted under the Color of Law when Plaintiff filed his motion objecting to the Second Judicial District Court, Parish of Jackson in RE: STATE OF LOUISIANIANIA versus united States Represented by Illegally Compelled public office CLAY LANDIS RIGGS SSN 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 Docket #50,863

Whereas Plaintiff Appeared before the Court on or About the 16th day of October 2019 Also in the Jackson Parish Courthouse, the honorable Judge Jimmy C Teat Presiding willfully And with malice Acted under the Color of Law And denied Plaintiffs objection to the Courts Jurisdiction.

-6-

Whereas Plaintiff has filed his motion for production of documents to obtain for the Court to review, Judge teat Refuses to Provide the needed documents whereas he has no Authority to Rule on his own Jurisdiction were to date no Proof of Jurisdiction exists on the face of the record.

Plaintiff Also Asserts that he Appeared before the honorable District Judge Jenifer W. Clason under duress without the Court holding A Ad Hoc hearing establishing Jurisdiction A willful Act of depriving the Plaintiff of his Constitutional Right's Absent Jurisdiction in A Act under the Color of Law that the Plaintiff has A Right for Redress where the Judge has no imunity Nor the District Attorney Yumehka Washington who willfully And with malice Procecuted the Above mention Case Without Jurisdiction.

Plaintiff Asserts that the honorable Jenifer W Clason held A bench trial without the Request of the Plaintiff And Prior to holding A trial Absent Jurisdiction Judge Clason willfully And with malice Attempted to get the Plaintiff to Commit hisself to the Contract by threats of Contempt for invoking his 5th Amendment Rights to Remain Silent.

Judge Clason Clearly Acted under the Color of Law by Imposing A Sentence of 6 months or Pay A fine of $500.00 dollars In Federal Reserve Notes

-7-

A Federal Reserve Note is a Counterfiet Currency whereas it has no gold or Silver Backing and hasn't had Sense 1972 whereas Plaintiff was placed under a ~~false~~ wrongful Imprisonment for Invoking my Constitutional Rights at the Jackson Parish Correctional Center J Dorm Bed 20 Absent Jurisdiction [SEE Attached Trial Transcripts]

Plaintiff also asserts that Judge Clason Acted under the Color of Law by intentionally ordering the Clerk of Court to with hold Plaintiffs Affidavit for Rights to travil until the day after the illegally Instituted trial whereas the Said trial was held on the 9th day of October and the Clerk filed the Affidavit for Rights to travil on the 10th day of October 2019.

Whereas Plaintiff has a Constitutional Right to travil that is unRegulated and Also has a Constitutional Right to plead the 5th to Prevent Self incrimination and Also a trial by Jury that is unbiased.

The Corporate State of Louisiana does not Constitute a injured Party under the Surpreme Law of the Land whereas All Claims Are ~~ist~~ instituted under fraud under a Illegal Jurisdiction in a Corporate Court in direct Violation of Plaintiff's Constitutional Rights, under the Surpreme Law of the Land.

Claim two
Plaintiff Asserts that he is being held At the Jackson Parish Jail without a valid Jurisdiction a willful

- 8 -

Act under the Color of Law.

Plaintiff is being held in the Jackson parish Correctional Center under duress were he is being deprived of his Constitutional Rights Absent Jurisdiction By force he is being held Captive Relative to A presuption of Contract that does not exist.

Plaintiff Asserts that he is being held Absent Access to the Law Library to prevent the People from effectivly Prepairing thier Litigation for the Courts to review Prior to trial.

Plaintiff has filed A Institutional Administraightive Remedy Procedure Addressing the Same to Warden Timmy Ducote who refuses to Answer Any Administraightive Remedy or provide Any Pretrial detainee Access to the Institution's Law Library to Allow the detainee's to effectively Prepair thier litigation for the higher Courts to review.

Plaintiff is denied Access to Legal material As Retaliation for filing Legal documents on behalf of his Self And Previous Suits for excessive force that is Also litigated before this honorable United States Court. [SEE TRIAL TRANSCRIPTS Page 3 Lines 1 through 31]

Plaintiff Asserts that All government employees employeed At the Jackson Parish Correctional Center Are Acting under the Color of Law Absent Jurisdiction

-9-

Whereas Plaintiff has filed a Administraightive Remedy Proceedure Requesting that the institution that is a federal ICE Institution that is also a Parish Jail that is being Ran by Andy Brown the Jackson Parish Sheriff Along with warden Timmy Ducote to provide Proof of Authority for Illegally holding Plaintiff who is a Sovereign free man Captive Relative to a Illegally obtained debt in direct violation of thier oath of office a willful act of malice under the Color of Law.

Any Alleged debt Collected Relative to the illegally Compelled public office CLAY LANDIS RIGGS Associated with the government Issued Social Security number 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 is Identity theft, and Slander whereas Secured Party does not Consent to the use of his private property [ SEE Attached Copy of the Security Agreement ]

Plaintiff asserts that while being held at the Jackson Parish Correctional Center Plaintiff was by force under the threat of Bodily harm made to Strip Completely Naked in front of a video Servalence Camera at the front of J Dorm that Records to a System DVR on or About the 10th day of December 2019

Plaintiff was then made to turn Around on Video Camera and bend at the waist spread his Butt Cheacks and Cough for a LaSalle management employee the private Corporation who Leases from Andy Brown.

= 10 =

At no time does plaintiff give written Consent for humiliation By force to be recorded Completely Naked for Any reason. At no time is that legal by Any reason Providing If it was then Sercalence Cameras would be instaled in the Bathrooms Area And the Shower Area it is unconstitutional And in direct in Violation of the 4th Amendment of the united States Constitution 1789 And the Bill of Rights 1791

Relative to the Above violations At no time CAN Any Perspective government member provid Proof of A valid Contract Providing Authority for thier Willful And malice Actions instituted under the Color of Law Absent Jurisdiction over one of the People of the united States of America Whos right Are enumerated And reserved.

Plaintiff Asserts that while he is being housed/ Illegally detained under the Color of Law in the Jackson Parish Correctional Center/Federal ICE Holding Institution Plaintiff is Subjected to unsanitary Living Conditions Stated hereafter:

All Claims Stated herein A Administraightive Remedy has been filed As required And A request to Proceed to the next Step And no Answer has ever Been Provided By the Warden Timmy Ducote.

This Claim Consists of unsanitary living Conditions that Plaintiff is forced to live under, Where As In the Right Side of the Shower imbeded in the wall Next

- 10 -

to the floor is inhabited with black worms or magits.

Majore Major Johnson was informed of the problems in the shower Along with the Black flys Comming out of the drain And flying Around and Landing on plaintiff while ~~St~~ Sleeping.

Plaintiff further Asserts that he is being discriminated Against Along with every Pretrial Detainee Illegally housed At the Jackson parish Correctional Center/federal ICE detainee holding facility.

The federal ICE Detainee's A feed off of A Steam Line for Breakfast, Lunch And dinner, three hot meals A day.

The American people who Are Sovereign Are feed out of a hot Box that doesn't get pluged up most of the time.

The hot Box in question is used when the medical Department quarinteans A ICE/Dorm It is then Loaded Back down with the Contaminated trays And transfered back to the institutions ~~Kit~~ Kitchen where it was loaded down with trays to Serve to the American people without disinfecting the Said hot Box, Placing Plaintiff At Risk of infection.

The government employee's the Servant to the People recieve A vaccine to prevent them from Contracting Illness's from ICE detainee's

-11-

At know time has the American People who Are illegally detained At the Jackson Parish Correctional Center ever recieved A vaccine to prevent Any Illness's that may put the American People At Risk.

Plaintiff Asserts that the Ice detainee's Are Prepairing the food for the American people And Serving the ICE detainee's And Prepairing the trays And Placing the trays in A potentionally Contaminated hot Box.

The American Sovereigns Are being feed Less than 2000 Cal A day with no fruits And using food Products that State on the Package not ment for human Consuption with A Skull And Cross bones stampt on the Package.

Plaintiff Asserts that the American People Are being discriminated Against by Not being Able to get Copies of legal Litigation to be mailed to the Courts.

Whereas the government employee's At the Jackson Parish Correctional Center State that we have no Legal Right to get Copies of legal material for the higher Courts to review.

All Claims Are Instituted Against the plaintiff who is A Sovereign free man under the Color of Law depriving him of his Constitutional Rights As Stated

-12-

Plaintiff Asserts that No State or federal offical Can Not Claim immunity when Acting under the Color of Law to deprive the people of thier Constitutional Right that Are Enumerated And Reserved.

= Relief =

Plaintiff Request 1.8 million American Dollars Per day for the Illegal detainment of his Natural Body under the Color of Law

Plaintiff Request 10 million American Dollars for mental Anguash Instituted under the Color of Law

Plaintiff Request 10 thousand American Dollars for the ~~pe~~ Repairs or Replacement of Private Property A Yamah Big Bear 4 wheeler And All property Contained ~~thier in~~ therein

Plaintiff Request Protection Against relaliation for filing these Constitutional Claims Along with Any future Claims.

Plaintiff Request A perminent Restraining order Against A federal or State employee's or Any And All federal or State Officals.

-13-

Thus done the 9th day of Jan. in the year of our Lord 20 20

S/ Clay L. Riggs
United States Represented
By Illegally Compelled
Public office.
CLAY LANDIS RIGGS
SSN 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

= Affidavit =

I. Clay L. Riggs hereby states under the penalty of purjury that he is the Secured Party and states the Above to be the truth to the best of my knowledge And belief

Thus done the 9th day of Jan in the year of our Lord 20 20

S/ Clay L. Riggs
= Affiant =

-14-