UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

CLAY LANDIS RIGGS                                   CIVIL ACTION NO. 20-0080

                                                    SECTION P

VS.

                                                    JUDGE TERRY A. DOUGHTY

STATE OF LOUISIANA, ET AL.                          MAG. JUDGE KAREN L. HAYES

<u>JUDGMENT</u>

The Report and Recommendation [Doc. No. 28] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 31] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Clay Landis Riggs' claims against Bobby Dillion, Jimmy Dickson, and Stacy Treadway are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Judge Jimmy Teat, Judge Jennifer Clason, and District Attorney Yumeaka Washington are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 21st  day of May, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE